**DAVID R. SILLDORF**
California Bar No. 253237
**SILLDORF & LEVINE, LLP**
5060 Shoreham Place, Suite 115
San Diego, California 92122
Telephone: (858) 625-3900
Facsimile: (858) 625-3901
Email: dsilldorf@silldorf-levine.com

Attorney for Ruben Campos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 16-mj-08030-PCL |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| Ruben Campos, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, attorney David R. Silldorf of Silldorf & Levine, LLP, files this Notice of Appearance as counsel in the above-captioned case.

Dated: January 15, 2016

Respectfully submitted,

*/s/ David R. Silldorf*
**DAVID R. SILLDORF**
Attorney for Mr. Campos
dsilldorf@silldorf-levine.com